**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7256**

———————

KEITH LAMONTE HILL,

Plaintiff - Appellant,

versus

LINDA CURTIS, Commonwealth Attorney;
CHRISTOPHER HUTTON; B. J. ROBERTS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-99-817)

———————

Submitted:  January 19, 2001       Decided:  February 7, 2001

———————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Keith Lamonte Hill, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keith Lamonte Hill appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hill v. Curtis, No. CA-99-817 (E.D. Va. Aug. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED